**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**LENA BRANDS LLC** *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 26-10792 (TMH)<br><br>(Jointly Administered) |
| In re:<br><br>**LENA HOLDINGS LLC, LENA BRANDS LLC**, and **LENA REAL ESTATE HOLDINGS LLC**,<br><br>          Plaintiffs,<br><br>v.<br><br>**STRIPE, INC., FOX FUNDING GROUP LLC, SQ ADVANCE LLC, LIBERTAS FUNDING LLC**, and **PARTNER FUNDING MD LLC D/B/A SMART BUSINESS FUNDER AND SBF/PARTNERS**,<br><br>          Defendants. | Adversary Case No. 26-50368 (TMH)<br><br><br><br><br><br><br><br>**Hearing Date:**<br>June 3, 2026 10:00 a.m. (ET).<br>Floor 6 Court Room 1<br><br>**Objection Date:**<br>June 2, 2026 12:00 p.m. (ET) |

**NOTICE OF HEARING RE: EMERGENCY MOTION FOR TURNOVER OF ESTATE PROPERTY AND PRELIMINARY INJUNCTIVE RELIEF**

     **PLEASE TAKE NOTICE** that on May 29, 2026, Lena Holdings LLC, Lena Brands LLC, And Lena Real Estate Holdings LLC (collectively, "**Lena**" or the "**Plaintiffs**") filed the foregoing *Emergency Motion for Turnover of Estate Property and Preliminary Injunctive Relief*

---

[1]   The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Lena Holdings LLC (6569), Lena Brands LLC (3815) and Lena Real Estate Holdings LLC (1167). Their mailing address is 13745 Omega Road, Dallas, TX 75244.

(the "**Motion**") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing and filed with the Clerk of the Bankruptcy Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or before **June 2, at 12:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE THAT IF AN OBJECTION IS PROPERLY FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, A HEARING WILL BE HELD ON JUNE 3, 2026 AT 10:00 A.M. (ET) BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, COURT ROOM NO. 1, 6TH FLOOR, WILMINGTON, DELAWARE 19801. ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.**

Dated: May 29, 2026

PIERSON FERDINAND LLP

*/s/ Mette H. Kurth*
Mette H. Kurth (DE Bar No. 6491)
Jeffrey M. Carbino (DE Bar No. 4062)
3411 Silverside Road
Baynard Building, Suite 104-13
Wilmington, DE 19810
Email: mette.kurth@pierferd.com
Email: jeffrey.carbino@pierferd.com
Telephone: (302) 907-9262
Telephone: (302) 485-0604


Lynnette R. Warman (TSB 208674940)
*(Admitted Pro Hac Vice)*
PIERSON FERDINAND LLP
1341 W. Mockingbird Lane, Suite 600W
Dallas TX 75247
Email: lynnette.warman@pierferd.com

2

Telephone: (214) 872-6319

Marc A. Lindemann (NY Attorney Reg. No. 4024063)
PIERSON FERDINAND LLP
1270 Avenue of the Americas, 7th Floor - 1050, New York, NY 10020
Email: marc.lindemann@pierferd.com
Telephone: (646) 347-7952

*Proposed Counsel for Debtors and Debtors in Possession*